CULLENS *et al.* v. COCHRAN *et al.*

HILL, J. The petition was sufficient to withstand a general demurrer and an oral motion in the nature of a general demurrer to dismiss the same, and the court did not err in overruling such demurrer and motion.

*Judgment affirmed.    All the Justices concur.*

*Pope & Bennet,* for plaintiffs in error.

*Pottle & Hofmayer, E. M. Davis, Cox, Mayo & Cox,* and *Gardner & Gardner,* contra.